Stephen J. Kottmeier (State Bar No. 077060)
John W. Easterbrook (State Bar No. 173890)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Creditor
SILICON VALLEY BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Zultys Technologies, | CASE NO. 06-51764 |
|---|---|
| Debtor. | Chapter 11 |
| | **REQUEST FOR SPECIAL NOTICE** |

Pursuant to Bankruptcy Rule 2002(g) and all orders limiting the scope of notice (hereinafter, "Notice Limitation Orders") issued by the Court in the above-referenced case and any jointly-administered cases, creditor, Silicon Valley Bank hereby requests that all matters which must be noticed to creditors, any creditors' committees, any equity security holders' committees, and/or any other parties-in-interest, whether sent by the Court, the debtor, any trustee or any other party in the case, including, but not limited to, the debtors' schedules, operating reports, motions for relief from stay and/or matters that are covered by any Notice

/ / /
/ / /
/ / /
/ / /
/ / /

436\476885.1

| | |
|---|---|
| 1 | Limitation Orders, be sent as follows, and that the following address be added to the Court's |
| 2 | Master Mailing List: |

Stephen J. Kottmeier, Esq.<br>
John W. Easterbrook<br>
HOPKINS & CARLEY<br>
70 South First Street<br>
San Jose, California 95113-2406<br>
Telephone: (408) 286-9800<br>
Facsimile: (408) 998-4790<br>
sjk@hopkinscarley.com<br>
jwe@hopkinscarley.com

Dated: September 11, 2006      HOPKINS & CARLEY
A Law Corporation

By:    /s/ Stephen J. Kottmeier
       Stephen J. Kottmeier
       Attorneys for Creditor
       Silicon Valley Bank

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

436\476885.1      - 2 -

REQUEST FOR SPECIAL NOTICE, CASE NO. 06-51764

Case: 06-51764    Doc# 9    Filed: 09/11/06    Entered: 09/11/06 14:21:58    Page 2 of 2